FILED 12 JAN '17 14:44 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PAUL HOWARD STACKER,<br><br>Defendant. | Case No. 6:17-CR-7-AA<br><br>**INFORMATION**<br><br>**Count 1: Possession of Child Pornography**<br>18 U.S.C. § 2252A(a)(5)(B) and (b)(2)<br><br>**Forfeiture Allegation**<br>18 U.S.C. § 2253 |

### THE U.S. ATTORNEY CHARGES:

### COUNT 1
### (Possession of Child Pornography)

On or before August 11, 2015, in the District of Oregon, defendant **PAUL HOWARD STACKER**, knowingly and unlawfully possessed child pornography, as defined in Title 18, United States Code, Section 2256(8), which contained a visual depiction of a minor engaged in sexually explicit conduct, such image having been mailed, shipped, and transported in or affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense listed above, defendant **PAUL HOWARD STACKER** shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, any and all matters which contains visual depictions transported, shipped, distributed, or possessed in

violation thereof, and any and all property used or intended to be used in any manner or part to commit or to promote the commission of the aforementioned violations.

Dated this 12th day of January 2017.

BILLY J. WILLIAMS
United States Attorney

/s/ Amy E. Potter
AMY E. POTTER
Assistant United States Attorney

**Information**  **Page 2**